David W. Skaar (CA Bar No. 265377)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785 4600
Facsimile: (310) 785 4601
david.skaar@hoganlovells.com

Celine J. Crowson  (DC Bar No. 0436549A)
Anthony David Brzozowski, II (DC Bar No. 1044471)
(motions for admission *pro hac vice* pending)
HOGAN LOVELLS US LLP
555 13th St. NW
Washington, DC 20004
Phone:  (202) 637 5600
Facsimile:  (202) 637 5910
celine.crowson@hoganlovells.com
david.brzozowski@hoganlovells.com

Attorneys for Petitioner Daimler AG, Mercedes-Benz AG, and Daimler Truck AG

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF DAIMLER AG, MERCEDES-BENZ AG, AND DAIMLER TRUCK AG FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Case No.<br><br>**DECLARATION OF CELINE JIMENEZ CROWSON IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF CELINE JIMENEZ CROWSON IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

I, Celine Jimenez Crowson, declare as follows:

1.  I am an attorney in good standing in the District of Columbia and Maryland, and am counsel to Daimler AG, Mercedes-Benz AG, and Daimler Truck AG (collectively "Daimler"). Unless otherwise indicated, I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2.  I make this declaration in support of Daimler's *ex parte* application for an order to take discovery in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782.

3.  I am aware that Godo Kaisha IP Bridge 1 ("IP Bridge") has sued Daimler in the Munich District Court of Germany for infringement of European Patent No. EP 2 294 737 B1 (Case No. 7 O 16487/20) (the "German Litigation").

4.  A true and correct copy of the Complaint containing redactions of certain confidential information filed in the German Litigation is attached as Exhibit 1.

5.  European Patent No. EP 2 294 737 B1 (the "'737 Patent"), entitled "Control Channel Signalling [sic] for Triggering the Independent Transmission of a Channel Quality Indicator," is asserted in the German Litigation against Daimler. A true and correct copy of the '737 Patent is attached as Exhibit 2.

6.  According to Qualcomm's own website, Qualcomm identifies its headquarters address at 5775 Morehouse Dr., San Diego, CA 92121. A true and correct copy of the website I visited on June 21, 2021 at Qualcomm *65 Offices in USA*, https://www.qualcomm.com/company/facilities/offices?country=USA&page=3 is attached as Exhibit 3.

7.  According to the California Secretary of State's registered business search website, Qualcomm is a registered business entity in California, listing

- 2 -

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF CELINE JIMENEZ CROWSON IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Case 3:21-mc-00948   Document 1-2   Filed 06/23/21   PageID.24   Page 3 of 4

Qualcomm's mailing address in San Diego, California. A true and correct copy of the website I visited on June 21, 2021 at Dr. Shirley N. Weber, *Business Search – Entity Detail*, California Secretary of State, https://businesssearch.sos.ca.gov/CBS/Detail is attached as Exhibit 4.

8. Qualcomm identifies its "Principal Executive Office[]" in San Diego, California in its November 4, 2020 Form 10-K filed with the U.S. Securities and Exchange Commission. A true and correct copy of the relevant portion of Qualcomm's Form 10-K is attached as Exhibit 5, which was obtained from Qualcomm's website I visited on June 21, 2021 at Qualcomm – Investor Relations, *Annual Reports*, Qualcomm, https://investor.qualcomm.com/sec-filings/annual-reports.

9. The City of San Diego has identified Qualcomm's "headquarters" as located in San Diego, California in a press conference notification dated April 4, 2016. A true and correct copy of this press conference notification is attached as Exhibit 6, which was obtained from the City of San Diego's website I visited on June 21, 2021 at Chris Cate, *Business Consortium to Unveil Regional Mass Evacuation Plan*, The City of San Diego, https://www.sandiego.gov/sites/default/files/business_consortium_to_unveil_regional_mass_evacuation_plan.pdf.

10. Within a reasonable time before Daimler's *ex parte* application was filed, counsel for Daimler conferred with counsel for Qualcomm, and Qualcomm is aware of Daimler's filing this application in this District, and will be provided a copy of the same.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF CELINE JIMENEZ CROWSON IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

11. A proposed Subpoena is attached hereto as Exhibit 7.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of June 2021, at Washington, D.C.

_____
Celine Jimenez Crowson

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF CELINE JIMENEZ CROWSON IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782