| HOGAN LOVELLS US LLP<br>David W. Skaar, Esq. (SBN 265377)<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>ATTORNEY FOR (*Name*): Petitioner DAIMLER AG, MERCEDES-BENZ AG, AND DAIMLER TRUCK AG | (310) 785-4601 |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF CALIFORNIA ||
| IN RE:<br>EX PARTE APPLICATION OF DAIMLER AG, MERCEDES-BENZ AG, AND DAIMLER TRUCK AG FOR AM ORDER TO TAKE DISCOVERY PURSUANT TO 25 U.S.C. § 1752 ||

| PROOF OF SERVICE | HEARING DATE: | TIME· | DEPT/DIV.: | CASE NUMBER:<br>21MC948 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C § 1782; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR AND ORDER TO TAKE DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782; DECLARATION OF DR. HENRIK LEHMENT IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782; DECLARATION OF CELINE JIMENEZ CROWSON IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782; CORPORATE DISCOLUTE STATEMENT

2. a. Party served: **QUALCOMM INC.**

   b. Person served: **CSC Lawyers Incorporating Service, Agent for Service of Process**
   **Service received by Nicole Stauss, Customer Service Liaison**

   c. Address: **2710 Gateway Oaks Drive, Suite 150N**
   **Sacramento, California 95833**

3. I served the party in item 2
   a. **by personally delivering** the copies    (1) on (*date*): **06/28/2021**
                                                 (2) at (*time*): **03:55 p.m.**

4. Person serving (*name, address, and telephone No.*):

   **Benjamin Rivera**
   **Ace Attorney Service, Inc.**
   901 F Street, Suite 150
   Sacramento, California 95814
   (916) 447-4000

   f. Fee for service: $
   a. Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: **N/A**
   (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: **July 1, 2021**

   *(signature)*

   #*1965077KQ*

## PROOF OF SERVICE