UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF DAIMLER AG, MERCEDES-BENZ AG, AND DAIMLER TRUCK AG FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Case No.  3:21-mc-00948<br><br>*Honorable Dana M. Sabraw*<br><br>**ORDER** |

This matter came before the Court on the "*Ex Parte* Application for an Order to take Discovery Pursuant to 28 U.S.C. § 1782" (the "Application") in aid of an action pending in Germany. Daimler AG, Mercedes-Benz AG, and Daimler Truck AG (collectively "Daimler") seek to issue a subpoena to Qualcomm Inc. In addition to the Application, the Court has considered the "Memorandum of Points and Authorities in Support of an *ex parte* Application for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782, and the exhibits and declarations attached thereto.

This Court is authorized by 28 U.S.C. § 1782 to order a person to give testimony or produce documents for use in a foreign or international tribunal if: (1) the person from whom discovery is sought resides or is found in the district of the district court to which application is made; (2) the discovery is for use in a proceeding before a foreign or international tribunal; and (3) the application is made by a foreign or international tribunal or an interested person. *In re Mireskandari*, No. 12-cv-2865-IEG (DHB), 2012 WL 12877390, at *2 (S.D. Cal. Dec. 20, 2012). In determining whether to order such discovery the Court is to consider the following factors: (1) whether the person from whom discovery is sought is a participant in the foreign or international proceeding; (2) the receptivity of the international tribunal to receiving such evidence; (3) whether the application is an attempt to circumvent proof gathering restrictions; and (4) whether the requested discovery is unduly intrusive of burdensome. *Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241, 264-65 (2004)

The Court has determined that the foregoing factors have been satisfied for issuance of the Order requested. Accordingly, it is hereby Ordered that the Subpoena on Qualcomm Inc. requested by Daimler may be issued and served.

Dated: August 27, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER